Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14–29093–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael James Kennedy<br>1302 Sylvania Avenue<br>Cinnaminson, NJ 08077 | Patricia Anne Kennedy<br>aka Patricia Bull Kennedy<br>1302 Sylvania Avenue<br>Cinnaminson, NJ 08077 |

Social Security No.:
  xxx–xx–7686                                          xxx–xx–1363

Employer's Tax I.D. No.:

**FINAL DECREE**

  The estate of the above named debtor(s) has been fully administered.

  If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

  ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>July 11, 2018</u>                    <u>Andrew B. Altenburg Jr.</u>
                                                                Judge, United States Bankruptcy Court